**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSE RENE ROJAS-CASTANEDA,<br><br>                    Defendant. | NO.  MJ15-55<br>         CR15-0030 JLR<br><br>DETENTION ORDER |

<u>Offense charged</u>:

    Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a)

<u>Date of Detention Hearing</u>: February 13, 2015.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is a citizen of Mexico.
2. The evidence against the defendant, although the least significant factor, is very strong.
3. Defendant has been deported on at least six occasions, reflecting his unwillingness to comply with court orders.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

4. Release would contravene current immigration policies. Defendant is presently working, being paid "in cash." Defendant's counsel argues that if he were to be released he could be granted a work permit. Although the immigration system is broken, this activity would contravene the basics of the immigration laws, which the Court lacks authority to do.

5. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of February, 2015.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge